**D. C. ANDREWS INTERNA-TIONAL, INC., Appellant,**

v.

**The UNITED STATES, Appellee.**

**Customs Appeal No. 5520.**

United States Court of Customs and Patent Appeals.

Oct. 25, 1973.

Allerton deC. Tompkins, New York City, attorney of record, for appellant.

Irving Jaffe, Acting Asst. Atty. Gen., Andrew P. Vance, Chief, Customs Section, New York City, David B. Greenfield, Civil Division, Department of Justice, for the United States.

Before MARKEY, Chief Judge, and RICH, BALDWIN, LANE and MILLER, Judges.

PER CURIAM.

This appeal is from the order and judgment of the United States Customs Court, D. C. Andrews International, Inc. v. United States, Reappraisement Nos. R67/18607, etc., entered July 21, 1972, denying appellant's motion for vacation of an order entered May 26, 1972, dis-

missing the instant five actions for lack of prosecution, for a rehearing as to the dismissal, and for permission to file a Motion to Consolidate the appeals in the instant actions with a different reappraisement appeal.

We have considered the order and the effect of the order upon appellant, and agree with the Customs Court that the dismissal of the actions for lack of prosecution was properly granted.

The order of the Customs Court is affirmed.